UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN RETTMAN, | No. 2:16-cv-0885 JAM KJN P |
| Petitioner, | |
| v. | ORDER |
| RAYTHAL FISHER, | |
| Respondent. | |

Petitioner is a state prisoner proceeding without counsel. On February 7, 2017, respondent filed a request for extension of time to file a reply to petitioner's opposition to the motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

1. Respondent's request (ECF No. 15) is granted; and

2. Respondent's reply to petitioner's opposition to the motion to dismiss shall be filed on or before March 11, 2017.

Dated: February 10, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/rett0885.eot

1